UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-759 |
| CHUNG'S PRODUCTS LP, *et al*, | § § § | |
| Defendants. | § | |

## FINAL SUMMARY JUDGMENT

On this day, in the action pending between Plaintiff United States of America and Defendants Chung's Products, LP, Charlie A. Kujawa, and Gregory S. Birdsell, the Court issued its Opinion and Order that the Government's Motion for Summary Judgment is GRANTED.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 3rd day of April, 2013.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE